UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CHIQUITA FRESH NORTH AMERICA LLC  :
:
and :
:
WILLIAM MANIS COMPANY :
:
      Plaintiffs :
:
      v. : Civil No.  08cv2403 (BSJ)(GWG)
:
JUNIPER TREE, INC., a/t/a BEST PRODUCE :
: **RULE 7.1 DISCLOSURE**
and :
:
YOUNG J. SUH :
:
      Defendants :
:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, Chiquita Fresh North America LLC, by and through counsel, certifies that Chiquita Fresh North America LLC, is a publicly traded entity and William Manis Company is not a publicly traded entity and has no other parents, subsidiaries or affiliates which are publicly held.

Dated this 8th day of March, 2008

      Respectfully submitted

      LAW OFFICES OF BRUCE LEVINSON

      By:  /s/ Gregory Brown
          Bruce Levinson (BL0749)
          Gregory Adam Brown (GB1977)
          747 Third Avenue, 4th Floor
          New York, New York 10017-2803
          (212) 750-9898

      and

Louis W. Diess, III
McCARRON & DIESS
4900 Massachusetts Ave., N.W. Suite 310
Washington, D.C. 20016
(202) 364-0400

Attorneys for Plaintiffs