UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIQUITA FRESH NORTH AMERICA LLC : <br> : <br> and : <br> : <br> WILLIAM MANIS COMPANY : <br> : <br>       Plaintiffs : <br> : <br> v. : <br> : <br> JUNIPER TREE, INC., a/t/a BEST PRODUCE : <br> : <br> and : <br> : <br> YOUNG J. SUH : <br> : <br> : <br>       Defendants : <br> : | Civil No. 08cv2403 (BSJ)(GWG) <br><br> **AFFIDAVIT IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED AND RELIMINARY INJUNCTION** |

STATE OF:    OHIO

COUNTY OF:    HAMILTON

Kelly Bates, being duly sworn, deposes and says:

1. I am the credit manager of Chiquita Fresh North America, LLC ("Chiquita Fresh"), and make this Affidavit in support of an application for emergency relief pursuant to Rule 65 of the Federal Rules of Civil Procedure.

2. I am personally familiar with all matters which are the subject of this proceeding and the facts set forth in this affidavit are within my personal knowledge. If called upon as a witness, I would and could competently testify to all facts stated in this affidavit.

3. Chiquita Fresh is a corporation located in Cincinnati, Ohio, which sells wholesale quantities of perishable agricultural commodities (hereafter "produce"). Chiquita

is a produce dealer subject to and licensed under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499a *et. seq.* (hereafter "PACA").

  4. a. Juniper Tree, Inc., a/t/a Best Produce ("Juniper Tree") is a produce dealer as defined by 7 U.S.C. §499a and operates subject to and is licensed under the PACA.

    b. Upon information and belief, Young J. Suh was responsible for the day-to-day operations of Juniper Tree during the time in question and was in a position of control over the PACA trust assets belonging to plaintiff.

  5. The sales and accounts receivable records of Chiquita including invoices and account statements are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record. These business records are made by me or under my direction and supervision by employees whose duty it is to prepare such documents.

  6. My responsibilities include monitoring the sale of perishable agricultural commodities, including those sales that are the subject of this dispute. My responsibilities also include supervising collection of the accounts receivable for such sales, including Juniper Tree's account which is the subject of the present application. I have custody and control of the sales and accounts receivable records of Chiquita as they relate to Juniper Tree and I am thoroughly familiar with the manner in which those records are compiled.

  7. Between June 4, 2007 and August 1, 2007, Chiquita sold and delivered to defendants, in interstate commerce, various wholesale lots of produce worth $29,601.92 which remains unpaid. (Copies of the outstanding invoices are attached hereto as Exhibit 1.)

8. Defendants accepted the produce received from Chiquita.

9. Chiquita preserved its interest in the PACA trust in the amount of $29,601.92 by timely delivering invoices to defendants, which contained the language required under Section 5(c)(4) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c)(4). (See Exhibit 1.)

10. Defendants are obligated to hold in trust all produce-related assets received from the sale of produce in order to pay $29,601.92 to Chiquita.

11. Defendants have never disputed the amount of the debt and have repeatedly promised to pay but have not done so.

12. Specifically for the last three months Young J. Suh, the president of Juniper Tree, has repeatedly told me that Juniper Tree was having difficulty collecting from its customers, but that a check would be sent to Chiquita immediately,  The last time I spoke with Mr. Suh was early February at which time he told me a check was on its way.  To date, no payments have been received from Juniper Tree despite the fact that the debt is over six months past due.

14. Defendants' failure, refusal, and admitted inability to pay, the amount of $29,601.92 to Chiquita, demonstrate that defendants are failing to maintain sufficient assets in the statutory trust and have dissipated and will continue to dissipate trust assets belonging to plaintiff.

15. Unless the assets of the defendant corporation are frozen, it is likely the trust assets will continue to be dissipated.  As a result, Chiquita will suffer immediate and

irreparable harm because it will lose the trust assets and rights that are owed under the statute.

16. No provisional remedy has been secured or sought in this action, and no prior application has been made for the same or similar relief as is sought herein.

I do solemnly declare under the penalties of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

CHIQUITA FRESH NORTH AMERICA LLC

By: *Kelly Bates*

Subscribed and sworn to before me this 5th day of March, 2008.

*[signature]*
Notary Public

My Commission Expires: September 4, 2012

BARBARA L. KODASUK
Notary Public, State of Ohio
My Commission Expires 09-04-2012

5/26/07                                                Revised INVOICE    U09423 - 003

INVOICE



(Original)                                     Page   1

CHIQUITA FRESH NA (FRUPAC)
3005 SOLUTIONS CENTER

Chiquita Fresh North America L.L.C.

CHICAGO, IL  60677-3000
JUNIPER TREE INC.                          JUNIPER TREE INC.
DBA BEST PRODUCE                           DBA BEST PRODUCE
1240 OAK POINT AVE                         1240 OAK POINT AVE
BRONX, NY  10474                           BRONX, NY  10474
                       JUNIPNY                                    JUNIPNY

| PURCHASE ORD. | SALES TERMS | SHIP DATE | PAYMENT TERMS | DUE DATE | INTERNAL INFORMATION |
|---|---|---|---|---|---|
| NA | D | 5/26/07 | NET 10 | 6/14/07 | |

| QUANTITY | PRODUCT CODE | PRICE PER | AMOUNT |
|---|---|---|---|
| 384 | GRAPES    WHITE SEED | 17.33 | 6,654.72 |
| 1632 | GRAPES    RED SEEDLE | 19.83 | 32,362.56 |
| 1 | TEMP RECORDER | 23.50 | 23.50 |
|  | HANDLING @ 1.50 |  | 3,024.00 |
| 2016 | Total | SALES AMOUNT | 39,017.28 |
|  |  | OTHER COST AMOUNT | 3,047.50 |

CURRENCY  USD                              TOTAL AMOUNT DUE:  42,064.78

TERMS OF SALE FOR THIS TRANSACTION ARE STATED ON THE REVERSE SIDE OF THIS INVOICE

7/26/07                           REVISED INVOICE      U09689 - 001

Page   1

CHIQUITA FRESH NA (FRUPAC)
3005 SOLUTIONS CENTER
CHICAGO, IL   60677-3000

| | |
|---|---|
| JUNIPER TREE INC.<br>DBA BEST PRODUCE<br>1240 OAK POINT AVE<br>BRONX, NY   10474<br>JUNIPNY | JUNIPER TREE INC.<br>DBA BEST PRODUCE<br>1240 OAK POINT AVE<br>BRONX, NY   10474<br>JUNIPNY |

| | | | | | |
|---|---|---|---|---|---|
| 12853C | D | 7/26/07 | NET 10 | 8/09/07 | |

| Qty | | Description | | Price Per | Amount |
|---|---|---|---|---|---|
| 168 | PEARS | PEARS | | 8.50 | 1,428.00 |
| 752 | KIWIS | KIWI | | 7.25 | 5,452.00 |

| | | | | |
|---|---|---|---|---|
| 920 | Total | | SALES AMOUNT | 6,880.00 |
| | | | OTHER COST AMOUNT | |
| | CURRENCY   USD | | | 6,880.00 |

# INVOICE

CHIQUITA FRESH NA (FRUPAC)
3005 SOLUTIONS CENTER
CHICAGO, IL  60677-3000

Page   1

Chiquita Fresh North America L.L.C.

| | |
|---|---|
| JUNIPER TREE INC.<br>DBA BEST PRODUCE<br>1240 OAK POINT AVE<br>BRONX, NY  10474<br>JUNIPNY | JUNIPER TREE INC.<br>DBA BEST PRODUCE<br>1240 OAK POINT AVE<br>BRONX, NY  10474<br>JUNIPNY |

| PURCHASE ORD. | SALES TERMS | SHIP DATE | PAYMENT TERMS | DUE DATE | INTERNAL INFORMATION |
|---|---|---|---|---|---|
| 11565-B | F | 7/31/07 | NET 10 | 8/11/07 | |

| QUANT. | PRODUCT CODE | | PRICE PER | AMOUNT |
|---|---|---|---|---|
| 210 | MELONS | HONEY DEW | 5.00 | 1,050.00 |
| 560 | MELONS | CANTALOUPE | 5.00 | 2,800.00 |
| 3 | AIR BAG | | 10.00 | 30.00 |
| 1 | TEMP RECORDER | | 23.50 | 23.50 |
| 770 | Total | | SALES AMOUNT | 3,850.00 |
| | | | OTHER COST AMOUNT | 53.50 |
| | CURRENCY   USD | | TOTAL AMOUNT DUE | 3,903.50 |

TERMS OF SALE FOR THIS TRANSACTION ARE STATED ON THE REVERSE SIDE OF THIS INVOICE

7/07/07                                       Revised INVOICE   U09572 - 014

## INVOICE

Page   1

CHIQUITA FRESH NA (FRUPAC)
3005 SOLUTIONS CENTER
CHICAGO, IL  60677-3000

Chiquita Fresh North America L.L.C.

JUNIPER TREE INC.                    JUNIPER TREE INC.
DBA BEST PRODUCE                     DBA BEST PRODUCE
1240 OAK POINT AVE                   1240 OAK POINT AVE
BRONX, NY  10474                     BRONX, NY  10474
                  JUNIPNY                              JUNIPNY

LATER         D      7/07/07   NET 10    7/20/07

  864    GRAPES    RED SEEDED                          17.06      14,739.84
    1    TEMP RECORDER                                 23.50          23.50
         HANDLING @ 1.50                                            1,296.00

  864    Total                          SALES AMOUNT               14,739.84
                                        OTHER COST AMOUNT           1,319.50
         CURRENCY   USD                                            16,059.34