Form 06 - DOOR - GENERAL PURPOSE

**BRUCE LEVINSON ESQ.**
ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK    COUNTY

-------------------------------------------------

CHIQUITA FRESH NORTH AMERICA, LLC    plaintiff
ETANO

— against —

JUNIPER TREE, INC., A/T/A BEST    defendant
PRODUCE, ETANO

-------------------------------------------------

Index No. 08 CV 02403

Date Filed ............

Office No.

Court Date: 03/19/2008

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**LUIS AGOSTINI**   being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **14th** day of **March, 2008  01:33 PM**    at
   **1240 OAK POINT AVE**
   **BRONX, NY 10474**
deponent attempted to make personal service of a true copy of the
   **SUMMONS AND COMPLAINT**
   **RULE 7.1 STATEMENT**
   **ORDER TO SHOW CAUSE**
   **MEMORANDUM OF LAW**
in the above entitled action upon **JUNIPER TREE, INC., A/T/A BEST PRODUCE the DEFENDANT** therein named.
Deponent made prior diligent efforts to effect personal service upon the said **DEFENDANT** at the aforementioned address, to wit:
**03/13/2008  01:00 PM   03/14/2008  09:05 AM      /   /**
That personal service could not be made with due diligence upon the said **DEFENDANT** nor a person of suitable age and discretion found who would receive same true copies thereof.
Therefore deponent on the **14th** day of **March, 2008** at **01:33 PM** at the above address, served a true copy of the aforementioned document(s) herein upon the said **DEFENDANT**
**JUNIPER TREE, INC., A/T/A BEST PRODUCE**

by affixing the same to the door of **DEFENDANT said place of business**
On **03/14/2008** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. **AS EVIDENCE BY CERTIFICATE OF MAILING HEREWITH ATTACHED.**
That address being **actual place of employment** of the **DEFENDANT**.
Copy mailed 1st class mail/marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
17th   day of   March, 2008tm

SAMSON NEWMAN
Notary Public, State of New York
   No. 01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

LUIS AGOSTINI  1027732
AETNA CENTRAL JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7BL1117255