PETER RAGONE, ESQ. (PR-6714)
ANTHONY L. COTRONEO, ESQ. (AC-0361)
ROSNER, NOCERA & RAGONE, LLP
110 Wall Street-23rd Floor
New York, New York 10005
Tel: (212) 635-2244
Fax: (212) 635-0533

-and-

R. JASON READ, ESQ. (RR-0232)
CA State Bar No. 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 752-2911
Fax: (949) 752-0953

Attorney for Plaintiffs
DAVID E. WHITE CO., INC. d/b/a
TRINITY FRUIT SALES CO., et al.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHIQUITA FERSH NORTH AMERICA LLC; and WILLIAM MANIS COMPANY | Case No.: 08-cv-02403-BSJ |
| Plaintiffs | **RULE 7.1 STATEMENT** |
| vs. | |
| JUNIPER TREE, INC., a/t/a BEST PRODUCE; and YOUNG J. SUH | |
| Defendants | |
| DAVID E. WHITE CO., INC. d/b/a TRINITY FRUIT SALES CO., a corporation; NORTHEAST TRADING, INC., a corporation; KB & R TRADING CORP., a corporation, | |
| Intervening Plaintiffs | |

1

|  |  |
|---|---|
| vs. | : |
|  | : |
| JUNIPER TREE, INC., a/t/a BEST PRODUCE, a corporation; and YOUNG J. SUH, individually, | : |
|  | : |
|  | : |
| Defendants | : |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff David E. White Co., Inc., a corporation doing business as Trinity Fruit Sales Co. (a private non-governmental party), hereby notifies this Court that the following corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

        NONE

        Respectfully Submitted,

        ROSNER, NOCERA & RAGONE, LLP

DATED:  June 26, 2008    By:_____/S/_____
        PETER A. RAGONE, ESQ. (PR-6714)
        ANTHONY L. COTRONEO, ESQ. (AC-0361)
        110 Wall Street-23rd Floor
        New York, New York 10005
        Tel:  (212) 635-2244
        Fax:  (212) 635-0533

        Of Counsel:
        R. JASON READ, ESQ. (RR-0232)
        CA State Bar No. 117561
        RYNN & JANOWSKY, LLP
        4100 Newport Place Drive, Suite 700
        Newport Beach, CA  92660
        Tel:  (949) 752-2911
        Fax: (949) 752-0953

        Attorney for Plaintiffs
        DAVID E. WHITE CO., INC. d/b/a TRINITY
        FRUIT SALES CO., et al.