PETER RAGONE, ESQ. (PR-6714)
ANTHONY L. COTRONEO, ESQ. (AC-0361)
ROSNER, NOCERA & RAGONE, LLP
110 Wall Street-23rd Floor
New York, New York 10005
Tel: (212) 635-2244
Fax: (212) 635-0533

-and-

R. JASON READ, ESQ. (RR-0232)
CA State Bar No. 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 752-2911
Fax: (949) 752-0953

Attorney for Plaintiffs
DAVID E. WHITE CO., INC. d/b/a
TRINITY FRUIT SALES CO., et al.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHIQUITA FERSH NORTH AMERICA LLC; and WILLIAM MANIS COMPANY | Case No.: 08-cv-02403-BSJ |
| Plaintiffs | **RULE 7.1 STATEMENT** |
| vs. | |
| JUNIPER TREE, INC., a/t/a BEST PRODUCE; and YOUNG J. SUH | |
| Defendants | |
| DAVID E. WHITE CO., INC. d/b/a TRINITY FRUIT SALES CO., a corporation; NORTHEAST TRADING, INC., a corporation; KB & R TRADING CORP., a corporation, | |
| Intervening Plaintiffs | |

1

|  |  |
|---|---|
| vs. | : |
|  | : |
| JUNIPER TREE, INC., a/t/a BEST PRODUCE, a corporation; and YOUNG J. SUH, individually, | : |
|  | : |
|  | : |
|  | : |
| Defendants | : |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Northeast Trading, Inc. (a private non-governmental party), hereby notifies this Court that the following corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                              NONE

                              Respectfully Submitted,

                              ROSNER, NOCERA & RAGONE, LLP

DATED: June 26, 2008          By:_____/S/_____
                                                  PETER A. RAGONE, ESQ. (PR-6714)
                                                  ANTHONY L. COTRONEO, ESQ. (AC-0361)
                                                  110 Wall Street-23rd Floor
                                                  New York, New York 10005
                                                  Tel: (212) 635-2244
                                                  Fax: (212) 635-0533

                                                  Of Counsel:
                                                  R. JASON READ, ESQ. (RR-0232)
                                                  CA State Bar No. 117561
                                                  RYNN & JANOWSKY, LLP
                                                  4100 Newport Place Drive, Suite 700
                                                  Newport Beach, CA 92660
                                                  Tel: (949) 752-2911
                                                  Fax: (949) 752-0953

                                                 Attorney for Plaintiffs
                                                 DAVID E. WHITE CO., INC. d/b/a TRINITY
                                                 FRUIT SALES CO., et al.