PETER RAGONE, ESQ. (PR-6714)
ANTHONY L. COTRONEO, ESQ. (AC-0361)
ROSNER, NOCERA & RAGONE, LLP
110 Wall Street-23rd Floor
New York, New York 10005
Tel:  (212) 635-2244
Fax:  (212) 635-0533

-and-

R. JASON READ, ESQ. (RR-0232)
CA State Bar No. 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Tel:  (949) 752-2911
Fax: (949) 752-0953

Attorney for Plaintiffs
DAVID E. WHITE CO., INC. d/b/a
TRINITY FRUIT SALES CO., et al.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHIQUITA FERSH NORTH AMERICA LLC; and WILLIAM MANIS COMPANY<br><br>　　　　　Plaintiffs<br>　vs.<br><br>JUNIPER TREE, INC., a/t/a BEST PRODUCE; and YOUNG J. SUH<br><br>　　　　　Defendants | Case No.:  08-cv-02403-BSJ<br><br>**RULE 7.1 STATEMENT** |
| DAVID E. WHITE CO., INC. d/b/a TRINITY FRUIT SALES CO., a corporation; NORTHEAST TRADING, INC., a corporation; KB & R TRADING CORP., a corporation,<br><br>　　　　　Intervening Plaintiffs | |

1

|                                                                                       |   |
|---------------------------------------------------------------------------------------|---|
| vs.                                                                                   | : |
|                                                                                       | : |
| JUNIPER TREE, INC., a/t/a BEST PRODUCE, a corporation; and YOUNG J. SUH, individually,| : |
|                                                                                       | : |
|                                                Defendants                             | : |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff KB & R Trading Corp. (a private non-governmental party), hereby notifies this Court that the following corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                NONE

                Respectfully Submitted,

                ROSNER, NOCERA & RAGONE, LLP

DATED: June 26, 2008        By:_____/S/_____
                PETER A. RAGONE, ESQ. (PR-6714)
                ANTHONY L. COTRONEO, ESQ. (AC-0361)
                110 Wall Street-23rd Floor
                New York, New York 10005
                Tel: (212) 635-2244
                Fax: (212) 635-0533

                Of Counsel:
                R. JASON READ, ESQ. (RR-0232)
                CA State Bar No. 117561
                RYNN & JANOWSKY, LLP
                4100 Newport Place Drive, Suite 700
                Newport Beach, CA 92660
                Tel: (949) 752-2911
                Fax: (949) 752-0953

                Attorney for Plaintiffs
                DAVID E. WHITE CO., INC. d/b/a TRINITY
                FRUIT SALES CO., et al.