

PETER RAGONE, ESQ. (PR-6714)
ANTHONY L. COTRONEO, ESQ. (AC-0361)
ROSNER, NOCERA & RAGONE, LLP
110 Wall Street-23rd Floor
New York, New York 10005
Tel: (212) 635-2244
Fax: (212) 635-0533

-and-

R. JASON READ, ESQ. (RR-0232)
CA State Bar No. 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 752-2911
Fax: (949) 752-0953

Attorney for Plaintiffs
DAVID E. WHITE CO., INC. d/b/a
TRINITY FRUIT SALES CO., et al.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHIQUITA FERSH NORTH AMERICA LLC; and WILLIAM MANIS COMPANY<br><br>　　　　　　　Plaintiffs<br>　vs.<br><br>JUNIPER TREE, INC., a/t/a BEST PRODUCE; and YOUNG J. SUH<br><br>　　　　　　　Defendants | Case No.: 08-cv-02403-BSJ<br><br>[░░░░░░░░] **ORDER GRANTING DAVID E. WHITE CO., INC. d/b/a TRINITY FRUIT SALES CO., ET AL.'S, ET AL.'S MOTION TO INTERVENE** |
| DAVID E. WHITE CO., INC. d/b/a TRINITY FRUIT SALES CO., a corporation; NORTHEAST TRADING, INC., a corporation; KB & R TRADING CORP., a corporation,<br><br>　　　　　　Intervening Plaintiffs | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

1



|                                                                                          |   |
| ---------------------------------------------------------------------------------------- | - |
| vs.                                                                                      | : |
|                                                                                          | : |
| JUNIPER TREE, INC., a/t/a BEST PRODUCE, a corporation; and YOUNG J. SUH, individually,   | : |
|                                                                                          | : |
| Defendants                                                                               | : |

Having read and considered Motion to Intervene in the above captioned matter filed by Movants David E. White Co., Inc., doing business as Trinity Fruit Sales Co., Northeast Trading, Inc., and KB & R Trading Corp. and any opposition thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED that Movants' Motion to intervene is hereby granted in its entirety.

IT IS FURTHER ORDERED that Movants are hereby granted leave to file their Complaint in Intervention in this matter.

SO ORDERED.

Dated: Sept. 4, 2008

_____
HON. BARBARA S. JONES
Judge, U.S. District Court

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

2