```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
CHIQUITA FRESH NORTH AMERICA, LLC.        :
AND WILLIAM MANIS COMPANY,                :
                                          :
                Plaintiffs,               :
        v.                                :       08 Civ. 2403 (BSJ)
                                          :       Order
JUNIPER TREE INC. and YOUNG J. SUH,       :
                                          :
                Defendants.               :
                                          :
------------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

   On July 24, 2009 the Court received a letter from Plaintiffs' counsel stating that Plaintiffs had elected to withdraw without prejudice their motion to hold Defendants in civil contempt because Defendant Suh had filed for personal bankruptcy. The letter additionally stated that a bankruptcy stay was in effect. To date, the Court has not received confirmation of the purported bankruptcy stay. Thus, the parties are instructed to advise the Court of the status of this case on or before November 5, 2009.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 6, 2009

1